BEFORE THE THIRD DIVISION, FEBRUARY 4, 1963

No. 67408.—Gimbel Bros., Inc. *v.* United States, protest 62/241 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 6, 1963

No. 67409.—S. H. Kress & Company et al. *v.* United States, protests 60/628, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls on stems similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.